IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS HOUTZ and | : | CIVIL ACTION |
| NANCY HOUTZ | : | |
| | : | No. 23-3579 |
| v. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY | : | |

**ORDER**

AND NOW, this 23rd day of May, 2024, upon consideration of Defendant State Farm Fire and Casualty Company's Motion to Dismiss (ECF No. 10) and Plaintiffs Dennis Houtz and Nancy Houtz's opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED, and Plaintiffs' Amended Complaint is DISMISSED WITHOUT PREJUDICE.

It is FURTHERED ORDERED Plaintiffs may file a Second Amended Complaint on or before June 24, 2024. If Plaintiffs do not wish to amend their Complaint and instead intend to stand on their Complaint as originally pled, they may file a notice with the Court on or before June 24, 2024 stating that intent, at which time the Court will issue a final order dismissing the case. If Plaintiffs fail to file any response to this Order, the Court will conclude that Plaintiffs intend to stand on their Complaint and will issue a final order dismissing this case.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.