IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS HOUTZ and<br>NANCY HOUTZ<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 23-3579 |

## **ORDER**

AND NOW, this 23rd day of October, 2024, upon consideration of Defendant State Farm Fire and Casualty Company's Motion to Dismiss (ECF No. 15); Plaintiffs Dennis Houtz and Nancy Houtz's opposition thereto; and the arguments made at oral argument on October 15, 2024—and for the reasons set forth in the accompanying Memorandum—it is hereby ORDERED the Motion is GRANTED. Plaintiffs' Second Amended Complaint is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to mark this case CLOSED.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.